KM&M
KAUFF McGUIRE & MARGOLIS LLP

950 THIRD AVENUE · FOURTEENTH FLOOR
NEW YORK, N.Y. 10022

TELEPHONE (212) 644-1010
FACSIMILE (212) 644-1936

DIRECT DIAL: (212) 909-0702
DIRECT FAX: (212) 909-3502
SILVERSTEIN@KMM.COM

NEW YORK
LOS ANGELES
WWW.KMM.COM

June 26, 2009

**VIA ECF**

Hon. Michael L. Orenstein
United States District Court
100 Federal Plaza
Central Islip, New York 11722

Re: Glenn Strong v. Gertz Plaza Acquisition, LLC, et al.,
Case No. 2009 CV 1120 (DRH) (MLO)
KM&M File No. 11168.0004

Dear Judge Orenstein:

Please find enclosed a Stipulation by and between the attorneys for the Plaintiff Glenn Strong and Defendants Gertz Plaza Acquisition, LLC, Wharton Realty Group, Inc., Cambridge Security Services, Corp., Daniel Massry, Isaac Massry, Mark Massry, David Sitt, Ronak Shah and Ethan Lazar in the above-referenced matter, agreeing that the time for Defendants to answer, move against, or otherwise respond to the Amended Class and Collective Action Complaint is extended from June 26, 2009 to and including July 3, 2009. This is the second request for such an extension by Defendants. Plaintiff's attorney has agreed to the request.

Very truly yours,

Harlan J. Silverstein

cc: James A. Brown, Esq.
Brent E. Pelton, Esq.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

GLENN STRONG,
Individually and on Behalf of All Other Persons Similarly Situated

Plaintiffs,

-against-

GERTZ PLAZA ACQUISITION, LLC, WHARTON REALTY GROUP, INC., CAMBRIDGE SECURITY SERVICES, CORP., DANIEL MASSRY, ISAAC MASSRY, MARK MASSRY, DAVID SITT, RONAK SHAH, ETHAN LAZAR and JOHN DOES #1-10, Jointly and Severally,

Defendants.

Case No. 2009 CV 1120 (DRH) (MLO)
ECF

**STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for the Plaintiff Glenn Strong and Defendants Gertz Plaza Acquisition, LLC, Wharton Realty Group, Inc., Cambridge Security Services, Corp., Daniel Massry, Isaac Massry, Mark Massry, David Sitt, Ronak Shah and Ethan Lazar (collectively "Defendants") that the time for Defendants to answer, move against, or otherwise respond to the Amended Class and Collective Action Complaint in the above-entitled action is extended through and including July 3, 2009.

Dated: New York, New York
June 26, 2009

PELTON & ASSOCIATES, PC

By: ______________________
Brent E. Pelton
111 Broadway, 9th Floor
New York, New York 10006
(212) 385-9700
Attorneys for Plaintiff Glenn Strong

KAUFF McGUIRE & MARGOLIS LLP

By: ______________________
Harlan J. Silverstein
950 Third Avenue, 14th Floor
New York, New York 10022
(212) 644-1010
Attorneys for Defendants Cambridge Security Services, Corp. and Ethan Lazar

BROWN & GROPPER LLP

By: ______________________
~~Jim Brown~~ JAMES A. BROWN (JB-6776)
275 7th Avenue, 25th Floor
New York, New York 10001
(212) 366-4600
Attorneys for Defendants Gertz Plaza Acquisition, LLC, Wharton Realty Group, Inc., Daniel Massry, Isaac Massry, Mark Massry, David Sitt and Ronak Shah

SO ORDERED: ______________________________